UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEPHEN MORETTO,

     Plaintiff,

v.                            Case No.:  2:23-cv-930-SPC-KCD

M. WILSON,

     Defendant(s).

_____/

## <u>OPINION AND ORDER</u>

Plaintiff Stephen Moretto is litigating this action in forma pauperis (Doc. 7), and he submitted the forms necessary to serve the defendant. Accordingly, the clerk is directed to prepare the service package for certified mailing to the special appointees at Desoto Correctional Institution designated below. The packet shall include the complaint (Doc. 1), the summons, and this order. The clerk shall notate the docket with the date the service package was mailed. The court specially appoints **Christopher Sboto and/or Joelynn Whidden** to serve the defendant. *See* Fed. R. Civ. P. 4(c)(3).

Within **14 days** after receipt of the service packages, Christopher Sboto and/or Joelynn Whidden shall serve the complaint, summons, and this order to the defendant at Desoto Correctional Institution; complete and sign the

return of service form; and return it (in the pre-addressed envelope provided) to the clerk as proof of service.

If the defendant is no longer employed at Desoto Correctional Institution or is otherwise unable to be served, a special appointee shall complete and sign the return of service unexecuted. If service is returned unexecuted, or if a return is not filed within 45 days from the date of this order, the clerk shall so note on the docket.

The defendant shall have **60 days** from the date of service of process by a special appointee to answer or otherwise respond to the complaint.

**DONE** and **ORDERED** in Fort Myers, Florida on December 5, 2023.

Kyle C. Dudek
United States Magistrate Judge

SA: FTMP-1

Copies:  All Parties of Record